July 26, 2013

United States Court of Appeals Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

**RE:   No. 13-40326, McAllen Grace Brethren Church, et al. v. U.S. Attorney General; USDC No. 7:07-CV-60; Requesting Removal of Appellants' Counsel Marisa Y. Salazar**

Dear Sir/Madam:

This is a request for the removal of Marisa Y. Salazar as counsel for Appellants in the case listed above.  She filed the Notice of Appeal for Appellants, but will not be representing them in this Court and will not be applying to become a member of the bar for this Court.  Please remove her as counsel for the Appellants.  Thank you so much.

Sincerely,

/s/ Milo L. Colton
Counsel for Appellants

**CERTIFICATE OF SERVICE**

This is to certify that on July 26, 2013 the attached Appellants' Letter Requesting Removal of Appellants' Counsel Marisa Y. Salazar was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system, including the Counsel listed below. Parties may access this filing through the Court's system.

Jimmy Rodriguez, Assistant U.S. Attorney, Southern District of Texas, 919 Milam, Suite 1500, P.O. Box 61129, Houston, TX 77208, Attorney for Appellees.

/s/ Milo L. Colton, Counsel for Appellants